**STATEMENT OF FACTS**

Your affiant, Elizabeth Tran, is a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Cleveland Division, Toledo Resident Agency – Joint Terrorism Task Force. My duties as a Special Agent, includes investigations of national security cases involving individuals with the desire to commit international and domestic acts terrorism, and those who have sought to commit acts of violence in the United States. My experience has included investigation of criminal cases such as healthcare fraud, public corruption, violent crime, and drug trafficking. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Facts Specific to the Application*

On January 16, 2021, the FBI received a complaint by a witness (Witness-1), who reported Jonathan Copeland (Copeland) was present at the U.S. Capitol on January 6, 2021. Based on the complaint an investigation was initiated. On January 28, 2021, Witness-1 was interviewed by the FBI and said they identified Copeland while watching the CBS news. Witness-1 was able to identify Copeland because CBS stopped the camera on Copeland for approximately 3-5 seconds. Witness-1 further reported Copeland resided in a trailer park in Fort Shawnee, Ohio. Witness-1 described Copeland's appearance to be 5'11 to 6 feet tall, 240 pounds, wears glasses and has a shaved head.

On April 17, 2021, Witness-2 submitted a complaint to the FBI in which they identified Copeland as an individual suspected of being at and or inside the U.S. Capitol on January 6, 2021. On January 3, 2022, Witness-2 was interviewed by the FBI and said that they knew Copeland. Following the January 6th events, Witness-2 went to the FBI's website seeking information to identify images of person who were suspected of violating the law while at the U.S. Capitol and Witness-2 contacted the FBI National Threat Operations Center, regarding individual in Photographs #192 – AOM (as shown below, *Figure 1*).



*Figure 1*

Additionally, on January 3, 2022, Witness-2 was shown an image from CCTV footage from within the U.S. Capitol. Witness-2 identified Copeland to be in the below image: (*Figure 2*).



*Figure 2*

### Interview of Copeland

On February 9, 2021, the FBI interviewed Copeland by phone and on February 23, 2021, I interviewed Copeland in person. During both interviews with the FBI, Copeland provided similar accounts of his actions while in the vicinity and inside the U.S. Capitol on January 6, 2021: Copeland carpooled to the U.S. Capitol with an individual whom he met online. Copeland stated on January 6, 2021, he got up early and walked to the rally area. Copeland met with the individual with whom he traveled and watched a part of the speech but left toward the U.S. Capitol building. They reached the first barricade, a bike rack style barrier manned with 5-7 police officers. Copeland made his way over to the scaffolding on the left side of the crowd area. He also started following a group of people climbing on the scaffolding and crossed on a ramp to the upper level of the U.S. Capitol building. Copeland went through an open door near where the news showed a white male with a black coat breaking a window with the shield. Copeland said he went through a circular room with a lot of statues and heard people chanting. He joined in and there was a lot of energy with all of the people inside. Copeland took a flight of stairs down to the commons area and saw a standoff between police and people, where there was a large fight. Copeland ran up the escalator, but then went back down the stairs to the commons area. Copeland went back up the escalator to the statue room and saw police. The hall was filled with smoke and tear gas, and it started to affect him. While inside, Copeland said he received a phone call from the individual with whom he traveled, who said, "Son, you know what you're doing is a crime." Copeland retraced his path where he saw a police officer who directed him out exited through a window. Copeland attempted to take a video while inside the U.S. Capitol, but said he was unable to get cellular service.

Copeland further said he took his phone, associated with number XXX-XXX-3123, with him to and into the U.S. Capitol. Copeland told FBI Agents that he felt remorseful, upon leaving the U.S. Capitol, so he deleted his accounts and disposed of his cellphone. Copeland advised he was wearing the same pants and boots during the interview that he had worn while he was inside the Capitol on January 6, 2021. Copeland did not make any statements about wearing different head coverings/hats. During the February 23, 2021 interview with the FBI, Agents observed

Copeland wearing safety glasses, which appeared similar to the ones worn in images and video of Copeland outside and inside the U.S. Capitol on January 6, 2021.

### *FBI Investigation*

The phone number and email accounts Copeland provided the FBI did not register on the U.S. Capitol device geolocation data captured from the area surrounding the U.S. Capitol.

Law enforcement queried U.S. Capitol records pertaining to an additional telephone number that was identified and attributed to Copeland, phone number, XXX-XXX-4427. The records revealed the aforementioned telephone number having utilized a cellular site consistent with the geographic area that included the interior of the U.S. Capitol building in and around the time of the incident on January 6, 2021 at approximately 2:28 P.M. EST.

On May 10, 2021, Witness-3 was interviewed by the FBI. Witness-3 provided information that they drove Copeland to Washington, D.C. on January 5, 2021. On January 6, 2021, Witness-3 and Copeland separated at approximately 2:00 P.M. EST. As a result, Witness-3 placed several phone calls in an attempt to locate Copeland. After a period of time, Copeland answered a phone call and admitted to being inside the rotunda of the U.S. Capitol building. Witness-3 and Copeland reconnected, in person, approximately 40 minutes later.

On March 15, 2022, open-source research revealed numerous images and videos of Copeland from January 6, 2021. The research identified a variety of images and videos that I assess to be Copeland both in the vicinity of and inside the U.S. Capitol grounds on January 6, 2021. The below is a summary of the open-source research content, video from U.S. Capitol Police Closed-Circuit Television (CCTV), and video from other subjects' cell phone and devices.

In review of the aforementioned videos and images, on January 6, 2021, Copeland can be identified by the green bandana or red covering, grey hoodie, yellow sticker on the chest, brown khaki pants, plaid collared shirt, black boots, gloves and safety glasses. Copeland appeared in different head coverings following his movement in the U.S. Capitol and in the vicinity of the U.S. Capitol.

### *Images and Video*

Copeland is in a 16-second video in the vicinity of the U.S. Capitol (Twitter) talking to a few individuals *(*Timecode*:* 0:08-0:13, *Figure 3*). https://twitter.com/i/status/1373698296850624512



*Figure 3*

Copeland is seen in a video with a larger group walking up the steps toward the first barricade at the U.S. Capitol steps, https://www.facebook.com/deanm1134/videos/3647258548644742 (Timecode: 0:05, *Figure 4*)



*Figure 4*

Copeland stands in a group with a few U.S. Capitol police in the foreground. Barricades appear to be separating the mass and the police. (youtube.com, Timecode 14:51, *Figure 5*)
https://www.youtube.com/watch?v=wIFpSg-6HIc&t=892



*Figure 5*

Copeland advances through a closed area barricade secured by U.S. Capitol Police in front of the U.S. Capitol steps, identified by his grey hoodie, green bandana, glove and glasses. https://www.youtube.com/watch?v=XE3Op_eyvss&t=26 (youtube.com, Timecode: 0:26, *Figure 6*)



*Figure 6*

Copeland (from a different angle) is directly behind individuals who are engaged in physical assaults of law enforcement. Copeland fails to submit to commands to stay back near the barricades. https://www.youtube.com/watch?v=fpNHAuw-K_k&t=1113 (Timecode: 18:33, *Figure 7*)



*Figure 7*

Copeland walks over the barricades near the front where U.S. Police retreat away from the crowd. https://archive.org/download/qtjchjfyquFzod6YS/qtjchjfyquFzod6YS.mkv (Timecode: 10:34, *Figure 8)*



*Figure 8*

Copeland in a video walking on the U.S. Capitol premises near the scaffolding https://www.facebook.com/leon.kerns/videos/3688417996546205 (Timecode: 3:13, *Figure 9*)



*Figure 9*

Copeland argues with a camera man/photographer. Copeland is identified by his beard, glasses, one-handed glove, brown khaki pants. Archive.org Link https://archive.org/download/b5ctbnN3Ws55C2osw/b5ctbnN3Ws55C2osw.mpeg4 (Timecode: 2:18, *Figure 10)*



*Figure 10*

Copeland argues with a camera man/photographer in the crowd. Copeland grabs the camera man's sleeve as the camera man is grabbed and pushed off a ledge by other individuals. https://www.instagram.com/tv/CJxKMArpN0_/?utm_source=ig_web_copy_link (Timecode 0:32 and 00:36, *Figures 11 and 12*)



*Figure 11*



*Figure 12*

Copeland is identified with one gloved hand and green bandana as Copeland and others push a large, metal "Trump" sign into a line of law enforcement officers. Officers attempted to fend off repeated attempts by rioters to breach the police line and assault the officers, but the rioters were successful and pushed the large metal framed Trump banner through the line.
https://www.youtube.com/watch?v=Sen2GSMT400&t=88 (Timecode: 1:27, *Figure 13)*



*Figure 13*

Copeland shoves the large metal framed Trump banner into officers
https://www.youtube.com/watch?v=5i6ra90rQDs&t=116 (Timecode: 1:55, *Figure 14)*



*Figure 14*

Still image captured from USCP CCTV video from the west roof of the U.S. Capitol Building on January 6, 2021. The image depicts the struggle between rioters and law enforcement regarding the large metal Trump sign. *(Figure 15)*



*Figure 15*

Copeland walks into the Senate Doors of the U.S. Capitol identified by his beard, glasses, one-handed glove, brown khaki pants and grey hoodie over a red hat. https://propublica-data-j6cases-videos.s3.us-east-1.amazonaws.com/b82e47b0fe07013933e52cde48001122.mp4?_ga=2.31884990.1204253088.1638647062-233311640.1635534856  (Timecode: 0:36, Figure 16)



*Figure 16*

Copeland enters with a large group from the Crypt to the Crypt Lobby, which leads to the elevators/escalators to the Capitol Visitor Center. U.S. Capitol Police retreat from the doors as the group enters. The barrier gate closes from above, but the rioters continue to enter and prevent the barrier gate from closing. Copeland can be seen in the foreground.
https://propublica-data- j6cases-videos.s3.us-east-1.amazonaws.com/3e7878003511013ab8562cde48001122.mp4?_ga=2.257860044.654083529.1638473
971-233311640.1635534856 (Timecode: 0:54, *Figure 17*)



*Figure 17*

Copeland walks from the Crypt toward the stairs and escalators that will lead to the U.S. Capitol Visitor Center. The video provides another angle at the top of the escalator.
https://web.archive.org/web/submit?url=https://video.parler.com/AY/ij/AYijYnzI0Gbr.mp4
(Timecode: 0:32, *Figure 18*)



*Figure 18*

Copeland goes down the elevators/escalators from the Crypt into the Capitol Visitor Center. https://propublica- data-j6cases-videos.s3.us-east-1.amazonaws.com/540e1310350b013ab8562cde48001122.mp4?_ga=2.94883100.1204253088.1638647062-233311640.1635534856 (Timecode: 2:47, *Figure 19)*



*Figure 19*

Copeland goes up and down the escalator and stairs of the U.S. Capitol Visitor Center, travelling between the Crypt, Crypt Lobby and U.S. Capitol Visitor Center. https://propublica-data-j6cases-videos.s3.us-east-1.amazonaws.com/500eb3d03511013ab8562cde48001122.mp4?_ga=2.12466740.1836584835.1647195189-1193919601.1643496074  (Timecode 0:08 , *Figure 20*)



*Figure 20*

Copeland is in the lower level of the U.S. Capitol Visitor Center. https://propublica- data-j6cases-videos.s3.us-east-1.amazonaws.com/98c8c0b0350c013ab8562cde48001122.mp4?_ga=2.228058202.654083529.1638473971-233311640.1635534856 (Timecode: 5:48, *Figure 21*)



*Figure 21*

Copeland remains on the U.S. Capitol premises on January 6, 2021 after exiting the Capitol Building. YouTube - https://www.youtube.com/watch?v=70SspWNp4Bg&t=96 (Timecode: 1:35, *Figure 22*)



*Figure 22*

Based on the foregoing, your affiant submits that there is probable cause to believe that Copeland violated 18 U.S.C. § 1752(a)(1) and (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Copeland violated 40 U.S.C. § 5104(e)(2)(D)&(G), which makes it a crime to willfully and knowingly  (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Your affiant submits there is also probable cause to believe that Copeland violated 18 U.S.C. § 111(a)(1), and (b) which makes it a crime to use a deadly or dangerous weapon, in this case a large metal Trump sign, to forcibly assault, resist, oppose, impede or interfere with any person engaged in the performance of official duties.

Finally, your affiant submits there is also probable cause to believe that Copeland violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

_____
Elizabeth Tran
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of August 2022.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE