IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 23-CR-224 |
| **JONATHAN JOSEPH COPELAND,** | |
| Defendant. | |

# ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ORDERED that the time between July 20, 2023, and July 27, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the parties additional time to review discovery.

_____
THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE