## CERTIFICATE OF SERVICE

On this 10th day of August 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Alexandra F. Foster
Alexandra F. Foster
Assistant United States Attorney