**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | CASE NO. 23-cr-224-DLF |
| **JONATHAN COPELAND,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCEE**

The United States of America hereby respectfully notifies the Court that Gregory Rosen, Assistant United States Attorney, will be an assigned counsel to the abovementioned case, in addition to currently assigned counsel for the government.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ Gregory P. Rosen
        GREGORY ROSEN
        Assistant United States Attorney
        U.S. Attorney's Office
        District of Columbia
        VA Bar No. 82584
        601 D Street N.W.
        Gregory.rosen@usdoj.gov
        Telephone: (202) 252-6932