# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the Motion to Require Law Enforcement Officers to Retain Rough Notes and Writings that may Constitute *Brady* or *Jencks* Materials, it is hereby ORDERED, ADJUDGED AND DECREED that the Government will preserve rough notes and writings that may constitute *Brady* or *Jencks* materials and directing that those notes and writings be provided to Defense Counsel for Mr. Copeland when *Brady and Jencks* materials are disclosed.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge