| Government | ■ |
|---|---|
| Plaintiff | ☐ |
| Defendant Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

Jonathan Copeland

Civil/Criminal No. 2 3 - c r - 2 2 4

# GOVERNMENT'S PRELIMINARY EXHIBIT LIST

| Exhibit Number | FILE NAME<br>*Description* | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 000 | **Capitol Maps and Diagrams** | | | | |
| 001 | Restricted Perimeter.jpg | | | | |
| 002 | Capitol photo with signs.jpg | | | | |
| 003 | Capitol Police sign itself.png | | | | |
| 004 | Rendering of Capitol.png | | | | |
| 005 | USCapitol_Exterior_8.png | | | | |
| 006 | USCapitol_Peace Circle_6.jpg | | | | |
| 007 | USCapitol_Peace Circle_5.jpg | | | | |
| 008 | USCapitol_NW_WestPlaza_01.jpg | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 009 | USCapitol_NW_WestPlaza_04.jpg | | | | |
| 010 | USCapitol_NW_WestPlaza_11.jpg | | | | |
| 011 | Capitol diagram.png | | | | |
| 012 | CAPD_0001659.pdf<br>*First Floor Layout of U.S. Capitol* | | | | |
| 013 | CAPD_0001654.pdf<br>*Capitol Visitor Center Layout* | | | | |
| | RESERVED | | | | |
| **Category: 100** | **Documents** | | | | |
| 101 | HOS Notification - Vice President Pence 01.06.21 (REDACTED).pdf | | | | |
| 102 | Safeway Business Records Certification.pdf | | | | |
| 103 | Email DC closure.pdf<br>*Safeway early closure email 1/6/2021* | | | | |
| 104 | Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 redacted.pdf | | | | |
| 105 | D.C. Mayor's Order 2021-002.pdf | | | | |
| | RESERVED | | | | |

| Category: 200 | United States Capitol Police CCTV | | | | |
|---|---|---|---|---|---|
| 201 | 3187 E QNW 00 Peace Circle NW-2021-01-06_12h40min00s000ms.asf | | | | |
| 202 | 0946 E USCS RF Northwest Roof-2021-01-06_12h40min00s000ms.asf | | | | |
| 203 | West Front Time Lapse.mp4 | | | | |
| 204 | 0944 E USCS RF West Roof-2021-01-06_13h30min00s000ms.asf | | | | |
| 205 | 0903 E USCD LA Dome West-2021-01-06_13h38min00s000ms.asf | | | | |
| 206 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h24min00s000ms.asf | | | | |
| 207 | 0402 I USCH 01 Crypt North-2021-01-06_14h26min00s000ms.asf | | | | |
| 208 | 0178 I USCH 01 Crypt East-2021-01-06_14h28min00s000ms.asf | | | | |
| 209 | 7206 I CVC UL Central Hall East F-2021-01-06_14h29min00s000ms.asf | | | | |
| 210 | 7167 I CVC UL Orientation Lobby to Crypt-2021-01-06_14h32min00s000ms.asf | | | | |
| 211 | 7164 I CVC UL Upper Orient Lobby South-2021-01-06_14h33min00s000ms.asf | | | | |
| 212 | 7206 I CVC UL Central Hall East F-2021-01-06_14h36min30s000ms.asf | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 213 | 7167 I CVC UL Orientation Lobby to Crypt-2021-01-06_14h37min00s000ms.asf | | | | | |
| 214 | 7164 I CVC UL Upper Orient Lobby South-2021-01-06_14h37min30s000ms.asf | | | | | |
| 215 | 7206 I CVC UL Central Hall East F-2021-01-06_14h40min00s000ms.asf | | | | | |
| 216 | 0402 I USCH 01 Crypt North-2021-01-06_14h40min00s000ms.asf | | | | | |
| 217 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h41min00s000ms.asf | | | | | |
| 218 | 1201CEX075.mp4 | | | | | |
| 219 | 1201DEX076.mp4 | | | | | |
| | RESERVED | | | | | |
| Category: 300 | **Body Worn Camera Videos from Metropolitan Police Officers** | | | | | |
| 301 | Officer Cropper_Axon_Body_3_Video_2021-01-06_1319.mp4- | | | | | |
| 302 | Officer Natticchione20210106-RIOTOUS_ACTS-US_CAPITOL_COMPLEX.mp4- | | | | | |
| 303 | BWC_Beaver_US_v._Copeland.mp4 | | | | | |
| 304 | BWC_Brian_Sullivan_US_v_Copeland.mp4 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 305 | BWC_Bruno_US_v_Copeland.mp4 | | | | | |
| 306 | BWC_Foulds_US_v_Copeland.mp4 | | | | | |
| 307 | BWC_Haines_US_v._Copeland_CLIP.mp4 | | | | | |
| 308 | BWC_M_Smith_US_v_Copeland.mp4 | | | | | |
| 309 | US_v._Copeland_Steven_Cobb_BWC.mp4 | | | | | |
| 310 | Sgt Riley (Clip_5.1)_20210106_-_Capitol_Riots_-_US_Capitol.mp4 | | | | | |
| 311 | Cmdr Bagshaw (Clip_8.1)_20210106_-_CAPITOL_SEIGE_-_UNITED_STATES_CAPITOL.mp4 | | | | | |
| | RESERVED | | | | | |
| **Category: 400** | **Third Party Videos** | | | | | |
| 401 | ELIJAH SCHAFFER - CONTEXT Serial 74.mp4<br>*Video from Peace Circle* | | | | | |
| 402 | 2.21.23 -EX.4_January 6th, 2021, US Capitol.mp4<br>*Video from Peace Circle* | | | | | |
| 403 | Peace Circle.mp4<br>*Video from Peace Circle* | | | | | |
| 403A | Peace Circle1.png<br>*Still Image from Peace Circle* | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 403B | Peace Circle2.png<br>*Still Image from Peace Circle* | | | | |
| 404 | Clip from January 6 DC RAW Video_1.1080p.mp4<br>*Video from Peace Circle* | | | | |
| 405 | Clip from Police under attack at the US Capitol!!! {4K}.mp4<br>*Video from Peace Circle* | | | | |
| 406 | Clip from abqraw.mp4-<br>*Video from Peace Circle* | | | | |
| 406A | vlcsnap-2022-08-24-12h49m04s316.png<br>*Still Image from abqraw.mp4* | | | | |
| 407 | Clip from washingtondc_theellipse_.mp4<br>*Video from Peace Circle* | | | | |
| 408 | Clip from Video 6.mp4-.mp4<br>*Video from Peace Circle* | | | | |
| 409 | 10000000_678354196190148_.mpeg4<br>*Video from Peace Circle* | | | | |
| 410 | HOLD THE LINE _ THE STORM ARRIVED PT. 2 – clip.mp4<br>*Video of West Plaza Billboard Push* | | | | |
| 410A | Billboard1.png<br>*Still of West Plaza Billboard Push* | | | | |
| 410B | Billboard2.png<br>*Still of West Plaza Billboard Push* | | | | |
| 411 | Sign push close up.mp4<br>*Video of West Plaza Billboard Plush* | | | | |
| 412 | youtube_0zyjCvDN4Ig clip 2.mp4<br>*Video of West Plaza Billboard Push* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 413 | https%3A%2F%2Fweb.archive.org%2Fweb%2F20210110204551%2Fhttps%3A%2F%2Fvideo.parler.com%2F3F%2FXN%2F3FXNEGVR6mTr.mp4<br>*Video of West Plaza Billboard Push* | | | | |
| 414 | Billboard Push from Media Tower.MOV<br>*Video of West Plaza Billboard Push* | | | | |
| 414A | Billboard Push from Media Tower Still 1.JPG<br>*Still of West Plaza Billboard Push* | | | | |
| 414B | Billboard Push from Media Tower Still 2.JPG<br>*Still of West Plaza Billboard Push* | | | | |
| 415 | Billboard Media Tower 2.MOV<br>*Video of West Plaza Billboard Push* | | | | |
| 416 | vlc-record-2023-12-28-18h44m35s-US Capitol Riot and Civil Unrest - January 6th, 2021 - https___archive.org_details_i6cf4BXtjETbFGm2W-.mp4<br>*Video of West Plaza Billboard Push* | | | | |
| 417 | 10000000_242790657281852_.mp4<br>*Video of West Plaza Billboard Push* | | | | |
| 418 | the3realhuckleberry storming the capital-(1080p).mp4<br>*Video of West Plaza Billboard Push* | | | | |
| 419 | IG_julythephotoguy.mp4<br>*Video of Journalist Assault* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 419A | IG_julythephotoguy_cropped.mp4<br>*Video of Journalist Assault* | | | | |
| 420 | Video of assault on press photographer at US Capitol.mp4<br>*Video of Journalist Assault* | | | | |
| 421 | 9ZMahiGRZXKQJ2m9m.mpeg4<br>*Video in the Capitol* | | | | |
| 422 | https%3A%2F%2Fweb.archive.org%2Fweb%2F20210111020928%2Fhttps%3A%2F%2Fvideo.parler.com%2FAY%2Fij%2FAYijYnzI0Gbr.mp4<br>*Video in Capitol Visitor Center* | | | | |
| 423 | IMG_1198.mp4<br>*Video in Capitol Visitor Center* | | | | |
| 424 | vlc-record-2022-10-18-11h37m44s-Jan 5 - 3f648b048536b73e26a98699e76225c9.mp4-.mp4<br>*Video in DC Evening of January 5* | | | | |
| | RESERVED | | | | |
| **Category: 500** | **Video Compilations** | | | | |
| 501 | Main 2-6-2022 draft.mp4<br>*Overview Compilation of 1/6/2021 CCTV* | | | | |
| 502 | 502 - US v. Copeland tracking video-comp-3.mp4<br>*Compilation of Copeland's Movements* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | RESERVED | | | | |
| Category: 600 | **Radio Call** | | | | |
| 601 | 601 - 1-6-21 DEMONSTRATION MAIN OPS 1- 4.36.00 to 4.36.20.wma | | | | |
| | RESERVED | | | | |
| Category: 700 | **Defendant Statements** | | | | |
| 701 | 1-6-21 DEMONSTRATION MAIN OPS 1- 4.36.00 to 4.36.20 | | | | |
| | RESERVED | | | | |