# Response to a court order

| | |
|---|---|
| From | Jon Copeland <joncope758@gmail.com> |
| To | Friedrich_Chambers@dcd.uscourts.gov, carolstewart_esq@protonmail.com, 'kjm@maknoon-law.com'<kjm@maknoon-law.com>, Erica Tronetti<e.tronetti@maknoon-law.com> |
| Date | Sunday, January 21st, 2024 at 7:05 PM |

January 21, 2024
Response to Judge Friedrich's court order dated January 19, 2024

Dear Judge Friedrich,

Per your January 19, 2024 order for defense to provide the Court with a written status of discovery and selection of defense counsel, I am sending you this status directly so that it is not filtered through my present counsel, Mr. Maknoon, who has not accurately and sufficiently been able to articulate my case status or speak for my defense. This occurred most recently in my ex-parte hearing on January 19th where Mr. Maknoon had given the Court the wrong impression of the events and the reasons for my request to vacate my trial date in order to bring in new counsel, starting from scratch. It is not my intent to delay for the sake of buying time. But it is to delay for the purpose of preparing for trial since almost nothing has been done by Mr. Maknoon towards obtaining discovery and preparing for trial.

I feel ill-equipped to address the Court. I do so under duress without benefit of counsel as imposed upon me by the Court. Though I have two legal counsels, in reality, I have none to help draft this response due to the deadline the Court imposed upon me and Ms. Stewart. In Mr. Maknoon I do not have an advocate who speaks fairly and competently in representing my circumstances before the Court. In Ms. Stewart, I have an efficient and able advocate who has done more effective work for me in one day than what has been accomplished thus far in my case since my arrest in August 2022. However, Ms. Stewart was not given an opportunity to work on my defense going forward or on this motion due to the deadlines imposed by the Court. As Ms. Stewart has stated, she has prior commitments to clients with one trial starting Monday. She is booked solid through March and she has no shortage of clients since she not only works pro bono but she is an able and conscientious attorney. Ms. Stewart's singular focus on the defense of her client going to trial is admirable and I would want her to do the same for me when it is my turn.

This is my summary status to the Court. I have not been given or shown any discovery other than the government's statement of facts listed on the Court's docket on August 24, 2022. I have no discovery in my possession with which I can prepare for trial or to send to my new counsel, Ms. Stewart, for her starting point. Therefore, I want to dismiss Mr. Maknoon and to retain Ms. Stewart, so that earnest work can start for my trial preparation and be ready in the shortest time possible.

The Court ordered me to fill out an affidavit of my financial status. I have done so and it is attached. However, it is not my intention to obtain for my counsel a Public Defender because I have selected the counsel of my choice in Ms. Stewart. Ms. Stewart has demonstrated to me within a few hours of us working together that she understands the issues and has a path forward to accomplish the various specific tasks needed to get to trial fully prepared. I do not see how a Public Defender can do a better or quicker job in preparing for three felony charges and five misdemeanors.

I have now had two attorneys prior to Ms. Stewart. A public defender and a private attorney. Both focused on the plea agreement without giving consideration to the basic factual matters of my case. Neither were ready to go to trial, not having prepared and having no basis for my defense from discovery. If there were any discoveries in my prior counsels' possession, I was not given any.

Ms. Stewart has offered to do the work necessary for my defense within eight weeks upon being available, assuming that my case specific discovery is made available in a timely manner for her to hit the ground running. Ms. Stewart's quickness and specificity in what needs to be done in my case gives me the first glimmer of hope that I have an able defender who knows what needs to be done in seeking truth and justice for me.

Within these 8 weeks, the following milestones need to be done:
1. AUSA to add Ms. Stewart to USAfx for my specific case discovery. This is a small task taking only minutes and has been requested but is not done. Ms. Stewart already has access to USAfx and also to Relativity.com and Evidence.com. She is trained and has access but not my case specific discovery.
2. Ms. Stewart will review and work with me on my case specific discovery and request discovery that should have been provided, such as everything from my phone, any and all 302s related to my case (including others not charged with assault for the sign such as Ray Epps; and pleas and trial transcripts of those who touched the sign but were acquitted, convicted, or not charged); interviews with any police who discuss the sign (or that no police claimed to have been assaulted or injured, and more.

I motion the Court to grant my choice of counsel, Ms. Stewart and allow her to incorporate my case into her schedule for the earliest possible trial date, beginning work at the end of March 2024, and be ready for trial in 8 weeks.


**STATUS OF DISCOVERY:**

**Status**: Despite repeated attempts at obtaining discovery, **I have received no discovery (except what is shown in the government's Statement of Facts listed on the docket on August 24, 2022) despite repeated attempts at obtaining it**.

1. The only item in Evidence.com is one video of President Trump giving his speech on 1/6/2021 at the Ellipse. It is a public video sent as a test.

2. I was able to access this video on Friday 1/19/2024 after finally being routed to the correct department of Axon customer support.

3. Mr. Maknoon, admittedly, is downloading for the first time my discovery from USAfx on January 20, 2024 in preparation for my trial on February 5th, 2024.

4. Because I have no access to Axon body cam or CCTV footage available in Evidence.com, I could not show that I did not push the sign at the police but I was only holding the sign up to keep it from hitting me and the others while Ray Epps was pushing it at the police. I need the entire video to show who brought the sign and carried it to a forward point of crowd-surfing it. I was given no video showing that the sign did not hit the officers and that they carried it back toward the building and out of the way without harming any of the officers.

5. Evidence.com only allows me to look at videos the government Capitol Siege Team posted. I also need my case specific discovery that I have not been given from USAfx. I do not know what is there or what has been downloaded. I have only recently learned of the significance of each of these databases through Ms. Stewart.

**History**:

1. I was given an invitation to Evidence.com by EricaTronetti, Mr. Macknoon's paralegal, in an email on 8/10/2023. I attempted to login but was unable to do so.

2. I reached out to Ms. Tronetti to get access. She in turn reached out to Axon support to get help on numerous occasions but to no avail. Then on 1/19/2024, I was finally given a number to call the help desk at Evidence.com and gained access for the first time the same day.

   a) First attempt to get access was on 8/18/2023 but there was no resolution.
   b) Again on 9/25/2023. No resolution.
   c) Again on 12/18/2023. No resolution.
   d) Again on 1/8/2024. No resolution.
   e) Again on 1/9/2024. No resolution.
   g) Finally on 1/19/2024, I was given a number to call and I was able to login to see the one public video of President Trump giving his speech at the Ellipse.

3. It is not only Evidence.com that I need. I also need my counsel to provide my case specific discovery in USAfx and global discovery in Relativity.com. I only recently became aware of the various databases after

being informed by Ms. Stewart.

4. Whether there are three or more databases containing discovery such as USAfx, Evidence.com, and Relativity.com, I do not have first hand knowledge and have to defer to my counsel and the prosecution. These are insurmountable obstacles that I cannot overcome on my own and need to petition the Court to protect my Constitutional right to discovery, since at this late date before trial, I do not have any discovery.

5. I counted on my defense counsel to quarterback my defense only to come to the realization by the first week of January that nothing significant had been prepared for my trial.

    a) No discovery
    b) No investigation
    c) No interviews of witnesses
    d) No exhibits
    e) No defense strategy articulated for me to agree and approve

6. Mr. Maknoon is downloading what may be my discovery in the USAfx database as of January 20, 2024 for the first time.

7. It is not known the extent of my discovery and any Brady materials. It is imperative that the Court protect my Constitutional rights to discovery with adequate time to review and prepare. Without access to discovery, it is not possible to estimate the amount of time necessary to review and prepare for trial.

8. Therefore, I am requesting a continuance until all discovery including Brady materials are delivered to me from the prosecution.

## STATUS OF NEW COUNSEL SELECTION:

1. Carolyn Stewart is my choice for counsel. She has consented. With the Court's approval, Carolyn will be my defense counsel.

2. I have no confidence in Mr. Maknoon and I do not want him as my attorney. Mr. Maknoon and the government wanted me to plead guilty to assault with enhancements for an official victim plus more. They demanded that without showing intentional assault or any victim. I was never given case specific discovery on this matter. Mr. Maknoon and his staff apparently never used Relativity.com to look for police interviews where anyone claimed injury from the sign or anything else that could have allegedly been directly attributable to me.

3. I have filled out a financial affidavit per the Court's order for the purpose of assigning a public defender. However, this is not my choice and I do not foresee any better results than the first time I was assigned a public defender, whose only interest is to cooperate with the ASUA in coercing a plea deal for felony assault

with a deadly weapon without granting me access to any discovery to prove what I otherwise knew to be false allegations.

4. The option the Court ordered me to consider in going pro se would violate my Constitutional rights to have counsel of my choice.

5. The option ordered by the Court to have Mr. Maknoon assisting a public defender to come up to speed and be ready for trial in six weeks is unrealistic and denies me the right to counsel of my choosing. Mr. Maknoon cannot be ready for trial for he has not worked on evidence, strategies, and exhibits. He has not been able to provide any meaningful information to bring Ms. Stewart up to speed. How can he assist a public defender to come up to speed? I do not want Mr. Maknoon as my counsel.

6. I motion the Court to grant me access to discovery followed by an adequate period of five to six months to allow me and my defense team adequate time to review discovery, request what is missing, conduct investigations, and prepare for trial.

**NECESSITY OF CONTINUANCE:**

Defense is starting from scratch. I motion the Court to:

1. Grant me access to my full discovery.

2. Vacate the trial date and grant a new status hearing 30 days from now to assess the status of discovery.

3. Deny Ms. Stewart her motion to withdraw and approve Ms. Stewart as my counsel with the earliest trial date possible based on her availability, targeting the May or June timeframe.


Sincerely,
Jonathan Copeland

P.S Mr Maknoon please attach this email to your motion

---

**888.08 KB**   1 file attached

Adobe Scan Jan 21, 2024 (1).pdf
888.08 KB