UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**v.**                                             )<br>)<br>JONATHAN JOSEPH COPELAND )<br>)<br>**Defendant.**                        ) | Case No. 1:23-cr-00224 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion to convert the April 23, 2024 Pretrial Status Conference to remote Video Teleconference (VTC) format, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that the Pretrial Status Conference for April 23, 2024 will be held at 9:00 a.m. via remote VTC.

**SO ORDERED** on this ___ day of March, 2024.

HONORABLE Dabney L. Friedrich
United States District Chief Judge
