UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>*v.* )<br>)<br>JONATHAN J. COPELAND, )<br>)<br>**Defendant.** ) | Case No. 1:21-cr-0224 (DLF) |

**ERRATUM FOR AMENDED BRIEF AT ECF NO. 88**

Comes now the Defendant, JONATHAN JOSEPH COPELAND, by and through undersigned counsel, and submits a corrected version of the Memorandum at ECF No.88, with the following erratum that includes typographical errors and formatting adjustments:

1. Page 2 corrected 'inexplicable' to 'inexplicably' and April 30 to April 29, 2024.

2. Page 3 corrected 'east' to 'least,' grammar and clarity edits in last paragraph

3. Page 4 For clarity added 'statements by' prior to the words 'Mr. Copeland.' Added sentences regarding work product for clarity

4. Page 6 spacing format correction

5. Page 9 added "the" in two sentences; after 'section' added 3500 for clarity.

6. Page 10 typographical errors corrected ('to' to 'for'; 'This' to 'These') and grammar in sentence beginning with "The reason" corrected/clarified.

7. Page 11, last paragraph grammar/words corrected for clarity; continued onto page 12.

8. Page 13 corrected typo to change 'the government did ask' to the government did not ask"

9. Page 13 header for "D" replaced 'demands' with 'uses.'

10. Page 14 changes 'to' to 'for' at top of page. Corrected 'W's' to 'witnesses,' added 'was' after "Hawa's voluminous prior testimony;" inserted conclusion words prior to "wherefor" and clarified when a request for mistrial would be the request.

Dated May 4, 2024                                   Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
E: Carolstewart_esq@protonmail.com