UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     *v.*                                               ) | Case No. 1:23-cr-00224 (DLF) |
| ) | |
| **JONATHAN JOSEPH COPELAND** ) | |
| ) | |
|     **Defendant.**                         ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's unopposed Motion [at ECF No. ___] to extend time, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that any Defendant's post-verdict Motions are due on or before June 21, 2024;

**ORDERED** that any Government Response is due by July 8, 2024;

**ORDERED** that any Reply is due on or before July 15, 2024.

**SO ORDERED** on this ___ day of May, 2024.

HONORABLE Dabney L. Friedrich
United States District Chief Judge