UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-0224 (DLF) |
| ) | |
| JONATHAN JOSEPH COPELAND ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S POST VERDICT RULE 33 MOTION FOR A NEW TRIAL

Defendant JONATHAN COPELAND, by and through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure Rule 33 submits this Motion for a new trial after the findings because of Brady violations by the government, due process violations, misapplication of the statutes, and because of the grave injustice suffered by Mr. Copeland. He requests a new trial and provides the following in support:

I.     **FACTS**.

The Court denied the pre-verdict Rule 29 motion on May 8, 2024. Also, just prior to issuing its findings on May 8, 2024, the Court announced the elements of the crimes. Within the 14-day time requirement of the guilty findings, Mr. Copeland requested an extension of time to file this Rule 33 Post Verdict Motion. ECF No. 96. The Court by minute Order on May 20, 2024, approved an expansion of time where this Motion is due by June 21, 2021.

II.    **LEGAL STANDARD**.

Under Fed. R. Crim P. Rule 33, on motion of the defendant, the court may grant a new trial if required in the "interest of justice." A motion for a new trial may be based on:
• Errors, such as evidentiary rulings at trial
• Prosecutorial misconduct
• Failure to disclose exculpatory evidence
• Newly discovered evidence

**III.     ARGUMENT.**

This motion incorporates all of ECF No. 97

**IV.     CONCLUSION**.

Because of the issues raised in the argument above, the Court must overturn the convictions or grant a new trial.

Wherefore, this Court should issue an order acquitting Mr. Copeland of all charges for which he was convicted or order a new trial.

Dated June 21, 2024                          Respectfully submitted,

                                           /s/ *Carolyn A. Stewart*
                                           Carolyn A. Stewart, D.D.C. Bar No. FL-0098
                                           Defense Attorney
                                           Stewart Country Law PA
                                           1204 Swilley Rd.
                                           Plant City, FL 33567
                                           Tel: (813) 659-5178
                                           Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of June 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                           /s/ *Carolyn A. Stewart*
                                           Carolyn A. Stewart, Esq.