Ella Blythe

Lima, Ohio

October 12, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

     I am writing to request leniency for my son, Jonathan Joseph Copeland.  My son is a miracle from conception.  From the day he was born he has been a bundle of joy with a huge heart for caring for others.  He loves his family, friends, America, and a passion to help all others. Jonathan is empathetic to those in need, especially children.

     Jonthan supports law enforcement and loves America!  He is a hard worker and will help anyone. For example, our Saint Bernard, Maggie, was in dire emergency while we were out of town.  Jonathan came immediately to our house picked Maggie up put in his vehicle and drove her to the emergency vet to be seen.  Maggie had minutes to live due to a turned stomach.  If it wasn't for Jonathan, she would have never received the emergency surgery and would have died.  He helps my father and mother with mowing the grass and doing heavy lifting around their house. At 89 and 75 years old they need Jonathan and appreciate all he does.  Jonathan came over our house one-day last summer and asked if he could power wash our sidewalks and patio to make it pretty.  He would always be there to tear down our trees if needed, moving heavy items and always, always at every family event. He came early at that! We depend on him as he depends on us right now especially being away for the past 6 months. He is not a career criminal. He is my son; I am proud of him and who he has become.  He is not a threat to society but a valued and safe member of our community.  He loves so hard and cares so much about life and he has God to guide him.

     Jonathan takes pride in his heavy machinery skills and concrete work.  He worked for local union, and he loves what he can make and help create! He wants to beautify the world with his knowledge and be a productive citizen of the United States of America! He

traveled to repair bridges, move earth and create amazing concrete work! He is an asset to our community.

  Judge Friedrich, please consider that Jonathan has been punished considerably by keeping him in jail when he did not hurt anyone on January 6, 2021, and that he has served enough time to come home. He doesn't have the criminal past, and he did not hurt anyone or anything that day. In fact, Jonathan thought the capital was beautiful and didn't want anyone to destroy it. Please, release him with time served.  We need him back home. We need his smiling face, his laugher, his help with my mom and dad and others that need him. They don't have much time left on this earth and who knows if others will that he loves and that love him. Jonathan is at an age to where he can start a family. Being in jail this long or longer is painful on him and everyone that knows and loves him. Please send him home.

  What Jonathan has been going through the past three and half years as paid a toll on my health.  I am his mother; I know his heart and I know his worth. I know Jonathan didn't hurt anyone or anything that day.  He loves America. I have had heart and anxiety issues from the treatment of my son and not knowing what will come of this.  He has been gone from me for 6 months.  I can't hug my son. He is so far away in DC in which it makes it hard to travel to.  I can't sleep, I can't stop thinking about his future and how he is doing mentally and physically.  I have mental and physical anguish that affects my everyday life knowing my son is confined and not knowing his future and not being able to see him on a frequent basis. It has and is tearing me apart.

  Again, Judge Friedrich, I am asking you to be lenient on Jonathan in his sentencing and to release Jonathan for the time he has now served.  God knows my son.

Most Sincerely,

Ella Blythe

*Ella Blythe*