Bradley Blythe

Lima, Ohio

October 13, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

I am the stepfather, father, of Jonathan Copeland and have been in his life since he was 3 years old. He is my son and proud of him and what he has accomplished in his life and especially of his love for his country, family, friends and God.

     We are getting older, and we miss Jonathan to help us whenever needed. Recently moving heavy furniture to fix our leaking roof is now a struggle for us since Jonathan has not been home to help us. If he was here, he would gladly help us and insist we did not do it ourselves.

     I ask you to have leniency on Jonathan sentencing and give him time served and no additional time.  He has spent enough time in jail for not hurting anyone or anything.  He was unknowingly coerced to do things that he would not normally do because he was following a crowd.  Also, not knowing who started the unsettledness at the capital from the start.

     I miss him for all the get togethers, Christmas, Thanksgiving, Easter, July 4th, and so many family gatherings and events.  I miss him coming over and asking if we need anything or just to say hello.  Jonathan has become closer to God, and I appreciate this time he has been in confinement that he has found God more now than ever.

Most Respectfully,

Bradley Blythe

*Bradley Blythe*