Debbie Moyler

Lima, Ohio

October 11, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

    My nephew, Jonathan, has been a good part of my life, helping others, loving his nieces and nephews, and always helping when needed. We all love him and would love to have him home with us. Jonathan is such a good guy in all of this. He has found the Lord, and I am so happy that he knows God and with God he can do anything now he's changed his life. Jonathan is a great guy, and I hope and pray that he will be home soon.

    Please have leniency on his sentencing with time served and no additional time.

Most Sincerely,

Debbie Moyler

*Debbie Moyler*