Freda Plaugher

Lima, Ohio

October 13, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

    My grandson, Jonathan, has always been special to us.  He is a different boy. He cares and he will help you when you need help. We miss him a lot. He is always here for me and grandpa.  Grandpa is 89 and I am 75.  He always comes over to help us out. We need him back home to help us. We need him a lot and need him to do work for us.  We need to hug him and love him.

    Jonathan would stop over to see us and see if we needed anything done. He has a good heart and soul.  In the summer he cut our grass and cleaned up pinecones and things in our yard. In the wintertime he would shovel the snow for us. We need him back, so he is here for us this winter.  He is a good young man, and he will not hurt me or anybody.  Please leave him out. We need him. We miss being with him for holidays.

Most

Sincerely,

Freda Plaugher

*Freda Plaugher*