John Rizor

Groveport, Ohio

October 11, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

    I humbly ask your leniency in the sentencing of Jonathan Copeland. I am his uncle, and I know him to be a loving and supportive member of our family. He is a God fearing and loving young man. His involvement in the January 6th protest I feel strongly that he was at the wrong place at the wrong time. He has always been a respectful young man and has always helped people in the family. I ask that you consider releasing him with time served with no additional time.

    His career that he worked for years to achieve is being ruined by a major mistake in being coerced in participating in the January 6th protest. I totally feel safe if he was released and can join the community as a helpful participant.  He loves his country just as much as I do.  That's saying something because I am a retired military veteran of yours.  Jonathan has been kept in jail and punished more than what is necessary for nonviolent actions on January 6th. He knows he made a bad decision in participating and there is no reason to imprison him for any additional time. I disagree with the January 6th protest and how some acted, but Jonathan was not one of those people. Thank you for your time and effort in all of this.

Mosty Respectfully,

John M. Rizor

(Retired) Army

*John M. Rizor*