Timothy Copeland

Delaware, Ohio

October 13, 2024

United States District Court for the District of Columbia

Attention: Honorable Judge Friedrich

E. Prettyman Courthouse

Washington, D.C. 20001

Support Letter for Jonathan Copeland, Case 1:23-cr-224

Dear Judge Friedrich,

    Your Honor, I am Jonathan Copeland's oldest brother, Tim. I am writing to you in support of my brother. I do not condone any of the crimes he committed and can speak as someone who has very opposing views than what were represented on January 6th, 2021. The leaders, those who riled up the crowd of supporters, those who spread lies, those who used the people to do their bidding, had uneven influence on my brother's ideas and motivations that day. Jonathan is young and has a real opportunity to be a positive influence in his community and get back to putting his trade skills back into the service of his community.

    I want Jon to be able to be a part of my daughter's life. I want him to have a story of forgiveness and redemption. This has torn our family apart and has brought immense stress to our aging grandmothers who long for Jon to be home and safe. Consider a sentence that could bring him home as soon as possible and put this terrible chapter of our lives to an end.

Most Sincerely,

Tim Copeland Jr.

*Tim Copeland Jr.*