UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>JONATHAN JOSEPH COPELAND )<br>)<br>Defendant.    ) | Case No. 1:23-cr-0224 (DLF) |

### REQUEST LEAVE TO FILE SUPPLEMENTAL

Comes now the Defendant, JONATHAN JOSEPH COPELAND, by and through undersigned counsel, and requests leave of Court to submit the attached picture exhibits forty-five minutes after the due time for his Memorandum in Aid of Sentencing.

The recent system upgrade of in the district's ECF system has caused several glitches in being able to file .pdf documents. Some attorneys have reported not being able to file at all for over the past week, and have sent filings to the clerk and chambers. In attempting to file the Sentencing Memorandum and attachments on November 4, 2024, the system wouldn't accept the Sentencing Memorandum, support letters, or the picture exhibits (that are attached here). After spending over 20 minutes in ensuring the sentencing memorandum and support letters were in a text readable format, the system still refused to accept those and the picture exhibits. The undersigned gave priority to acting with regard to the sentencing memorandum and support letters. Those were filed on Nov 4, 2024, when due. The undersigned continued working to make the picture exhibits acceptable to the system.

Wherefore, for good cause shown, the Court should not consider the attached exhibits late and should accept them as supplemental to the Sentencing Memorandum.

Dated November 5, 2024            Respectfully submitted,

                                           /s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 5th day of November 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                            /s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.