# PICTURE EXHIBITS – JONATHAN WITH FAMILY

## (And One of His Concrete Work)



Jonathan and Family









Jonathan with brothers and gma at gma house for Christmas









Jonathan and siblings with mom and dad at gmas house









