UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**JONATHAN JOSEPH COPELAND** )<br>)<br>**Defendant.** ) | Case No. 1:23-cr-0224 (DLF) |

### [PROPOSED] ORDER

Upon consideration of the Defendant's unopposed Motion [at ECF No. __ ] to continue the sentencing scheduled for November 22, 2024, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED and,

**ORDERED** that the November 2024, sentencing date is vacated;

**ORDERED** that the clerk will coordinate with the parties to reschedule a sentencing date as proposed in the Motion.

**SO ORDERED** on this day of ____ November 2024.

HONORABLE Dabne L. Friedrich<br>
United States District Court Judge