UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN JOSEPH COPELAND,<br><br>Defendant. | Case No. 23 Cr. 224 (DLF) |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the sentencing memorandum submitted by the defendant, Jonathan Joseph Copeland, requesting a significant downward variance from a Guidelines range of 97 to 121 months' imprisonment to time served and potentially 12 months of home confinement. *See* Defendant Sentencing Memorandum ("Def. Sent. Memo") at 18, ECF 115.

In his memorandum, Copeland asks for a sentence of time served and 12 months' home confinement, because: he has been on pre-trial release with no incident; he has family support; he has limited criminal history; and he is a peaceful man, who "did nothing to harm police" and "did not cross police lines." Def. Sent. Memo at 13, 14. The government takes issue with this last assertion. Only Copeland knows what he was thinking on January 6, 2021, but his actions, as captured by multiple video clips, belie his assertion that he was a peaceful man, that he did nothing to harm the police, and that he did not cross police lines. In fact, none of Copeland's actions on January 6 can be characterized as peaceful, and Copeland undoubtedly and repeatedly crossed police lines and harmed the police.

1

Further, although Copeland asserts that he was remorseful, that assertion is invariably followed by the caveat that he was "confused." This hedging reflects that he takes no responsibility for his criminal conduct that day. *See, e.g.,* Def. Sent. Memo. at 14 ("He is remorseful for anything he did to violate any law. He asks for understanding because he was confused and thought he was allowed to be near the west plaza."; "He is remorseful about his judgment in staying outside on the west in confusion.")

Copeland's public, post-conviction statements during phone calls to the "January 6 Vigil"[1] since his incarceration more accurately reflect his feelings about his actions on January 6. On a recorded call on July 1, 2024, Copeland agreed with the listener that his assault convictions, like those of other January 6 defendants, were actually just self-defense or defense of others. *See* Exh. 1.[2] He said that his response was a "natural reaction. What would anybody do in a circumstance like that?" *Id.* He added that he, and the other January 6 defendants, "followed the law. We're law abiding citizens." *Id.* According to Copeland, he did not lie; he told the truth; and now he is incarcerated. *Id.*

On July 9, 2024, Copeland doubled down on his assertion that the charges against him were "unfounded felonies of self defense," and the assault was solely a "natural reaction." *See* Exh. 2.[3] He told the listener, they were "really, really bogus charges …. They are just out of this world …. It just infuriates me." *Id.*

Most recently, on November 14, 2024, Copeland called out to the FBI agents and

---

[1] https://www.theguardian.com/us-news/2023/jun/03/washington-dc-vigil-january-6-capitol-trump
[2] The entirety of the call can be viewed here: https://www.youtube.com/watch?v=G_YjHZad8Gw (Copeland call starts at approximately 1:27:00).
[3] The entirety of the call can be viewed at https://www.youtube.com/watch?v=5QOX_HM9TSA (Copeland call starts at approximately 1:32:00.)

prosecutors handling this case, "You guys know what you did …. Just let it go. Let it go and it might be better for you." *See* Exh. 3.[4]

Copeland has shown no remorse and taken no responsibility for his actions on January 6. He instead continues to peddle the false narrative that his actions were solely in self-defense, and law enforcement is to blame for his incarceration.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER, Detailee
D.C. Bar No. 470096
KYLE R. MIRABELLI
N.Y. Bar No. 5663166
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
Alexandra.Foster@usdoj.gov
(619) 546 6735

---

[4] The entirety of the call can be viewed here: https://www.youtube.com/watch?v=z3dJLytA4dM&t=59m12s (Copeland call starts at approximately 00:54:30).