# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 23-cr-224 (DLF) |
| : | |
| JONATHAN JOSEPH COPELAND, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO SHORTEN TIME FOR FILING ITS RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an order to shorten time by one day, from Friday, November 15, 2024 to Saturday, November 16, 2024. At Defendant's request, his sentencing date of November 22, 2024 has been vacated and will be rescheduled.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER, D.C. Bar No. 470096, Detailee
KYLE R. MIRABELLI, N.Y. Bar No. 5663166
Washington D.C. U.S. Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
(619) 546-6735
Alexandra.Foster@usdoj.gov