UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 23-cr-0224 (DLF) |
| | : | |
| JOHNATHAN JOSEPH COPELAND, | : | |
| | : | |
| Defendant. | : | |

### JOINT STATUS REPORT REGARDING SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint status report regarding sentencing dates for Mr. Copeland. The Court provided several weeks in December 2024 or January 6 or 7, 2025, and requested that the parties respond with two available dates and times.

*Government Availability*

The undersigned AUSA would prefer to handle this sentencing during the week of December 16 to December 20, and is available on any date that week, except for December 17 from 10:30 a.m. to 1:30 p.m. If those dates are unavailable, the government could be available the week of December 2 through 6, or December 9, or December 13, 2024. Undersigned counsel is not available on January 6 or 7, 2025, as she is slated to appear for a motions in limine hearing on January 6, for a murder trial set to begin on January 13, and run for three weeks in the Southern District of California. *United States v. Patron-Lopez*, 21-cr-1683-WQH.

*Defense Availability*

Ms. Stewart provided the following in response to the Court order:

Mr. Sabatini was traveling overseas and I have not been able to contact him in the last 2 days.
The availability he provided prior to his travel was that he was available only for the January 6, 2025 time.  I know he has a lengthy trial scheduled in December that will run from early DEC for an expected 2 plus weeks based on number of witnesses and

complexities. My understanding is that trial is followed by Florida elected duties and other case commitments.
I am not available before January 31, 2025.
Mr. Copeland again requested that I be present at his sentencing and was under the impression that Mr., Sabatini was no longer working the matter because he has been involved in other trials and not his sentencing. At a minimum, a Zoom hybrid is requested if the Court will not allow for my presence when I am medically able.

Given the scheduling conflicts listed above, the parties are unable to reach a mutually convenient date and time. The government respectfully requests a sentencing hearing be scheduled within the parameters originally anticipated by the Court.

          Respectfully submitted,
          MATTHEW M. GRAVES
          United States Attorney, D.C. Bar No. 481052

By:   /s/ *Alexandra F. Foster*
        ALEXANDRA F. FOSTER
        Assistant U.S. Attorney, D.C. Bar No. 470096