UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO.: 1:23-cr-224 (DLF) |
| JONATHAN COPELAND | § § § | |

## MOTION TO WITHDRAW

Counsel for Defendant JONATHAN COPELAND, ANTHONY SABATINI, hereby moves to withdraw from this case. Defendant JONATHAN COPELAND only retained counsel ANTHONY SABATINI for trial, not sentencing, and has therefore terminated representation.

DATED: 11-20-2024.

>Respectfully submitted.
>
>/s/ ANTHONY F. SABATINI
>FL Bar No. 1018163
>anthony@sabatinilegal.com
>SABATINI LAW FIRM, P.A.
>411 N DONNELLY ST, STE #313
>MOUNT DORA, FL 32757
>T: (352)-455-2928

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

>*/s/ Anthony F. Sabatini*

1