PICTURE EXHIBITS – JONATHAN WITH FAMILY


(And One of His Concrete Work)



Jonathan and Family









Jonathan with brothers and gma at gma house for Christmas







Jonathan and siblings with mom and dad at gmas house











