UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO.: 23-cr-224 (DLF) |
| | § |
| JONATHAN COPELAND | § |
| | § |

## NOTICE OF SUPPLEMENTARY EVIDENCE

Defendant JONATHAN COPELAND, files this notice of supplementary evidence shown at the sentencing hearing held on December 2, 2024. The two images below were shown during the hearing and come from the Statement of Facts from the case of US v. NEWCOMB, 1:24-MJ-4179.



*Image 10*

1



*Image 13*

DATED: 12-2-2024.

        Respectfully submitted.

        /s/ ANTHONY F. SABATINI
        FL Bar No. 1018163
        anthony@sabatinilegal.com
        SABATINI LAW FIRM, P.A.
        411 N DONNELLY ST, STE #313
        MOUNT DORA, FL 32757
        T: (352)-455-2928
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

        */s/ Anthony F. Sabatini*