UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ***v.*** ) | Case No. 1:23-cr-00224 (DLF) |
| ) | |
| **JONATHAN JOSEPH COPELAND** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion for leave to file *in forma pauperis*, and based on Mr. Copeland's continued incarceration and his statements indicating no income, property, or other assets, and a list of legal issues made in good faith for appeal, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that Mr. Copeland's appeal be filed without cost to him and

**ORDERED** that the transcript from the sentencing hearing that is needed for the appeal will be paid at government expense and provided to his pro bono counsel under the transcript order submitted to the court reporter.

**SO ORDERED** on this ____ day of December, 2024.

HONORABLE Dabney L. Friedrich
United States District Chief Judge