UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN COPELAND,<br><br>Defendant. | Case No. 1:23-CR-224 |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney, Gregory Rosen, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

Edward Robert Martin, Jr.
United States Attorney
D.C. Bar No. 481866

By:   /s/ Gregory Rosen
      Gregory Rosen
      Assistant United States Attorney
      United States Attorney's Office
      for the District of Columbia
      VA Bar No. 82584
      601 D Street N.W.
      Washington, D.C. 20530
      (202) 252-6932
      Gregory.Rosen@usdoj.gov